UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JESSICA POULIN, D.O.,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHERN LIGHT INLAND HOSPITAL, and NORTHERN LIGHT HEALTH,<br><br>    Defendants. | CIVIL ACTION<br>Docket No: 1:25-cv-00532-SDN |

**DECLARATION OF KATHARINE I. RAND**

I, Katharine I. Rand, declare as follows:

1. I am a partner at Pierce Atwood, LLP, counsel for Defendants in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and accurate copy of the Physician Employment Agreement between Plaintiff and Inland Hospital d/b/a Northern Light Inland Hospital, which Plaintiff references in the Complaint.

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 5, 2025                                      /s/ Katharine I. Rand
                                                                                          Katharine I. Rand

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2025, I served a copy of Declaration of Katharine I. Rand with the Clerk of the Court using the CM/ECF System, which will send notification of such filing(s) to the following:

Andrew P. Cotter
James A. Clifford
Clifford & Clifford, LLC
10 Moulton Street, 5th Floor
Portland, Maine 04101
andrew@cliffordclifford.com

|  |  |
|---|---|
| Dated: December 5, 2025 | /s/ Katharine I. Rand |
|  | Katharine I. Rand |
|  |  |
|  | Pierce Atwood LLP |
|  | Merrill's Wharf |
|  | 254 Commercial Street |
|  | Portland, Maine 04101 |
|  | 207-791-1100 |
|  | krand@pierceatwood.com |
|  |  |
|  | *Counsel for Defendants* |

#18727783v1